# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:25 am, Feb 03, 2025
**JEFFREY P. COLWELL, CLERK**

**Criminal Case No. 1:24-cr-00106-NYW**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Rico Garcia,**

Defendant.

## MOTION FOR REMOTE APPEARANCE VIA TELEPHONE OR CONTINUANCE

COMES NOW, Rico Garcia, the Defendant in the above-captioned case, and respectfully moves the Honorable Court of Judge Scott T. Varholak for an order allowing the Defendant to appear at the hearing scheduled on 02/06/2025 at 2:30 pm via telephone conference. In support of this motion, the defendant states as follows:

1. The Defendant is indigent and lacks any means of transportation to attend the hearing in person.
2. The Defendant resides outside of the state of Colorado, and does not have family, friends, or any support network in the state.
3. The Defendant does not possess a driver's license and has no vehicle, which further impedes their ability to travel to the courthouse.
4. The Defendant's host, who is an elderly Asian senior citizen, is the only person who assists the defendant with transportation, but she will be leaving the country on 02/04/2025, making travel to the courthouse impracticable and an undue burden.
5. Even by car, it would take over an hour each way to travel to the courthouse, considering normal traffic conditions, and without any other means of transportation, the Defendant is unable to take public transportation and/or a taxi service.

6.     The scheduled hearing conflicts with the Defendant's host's schedule, further complicating the logistics of in-person attendance.

7.     Given the Defendant's indigent status and lack of support in Colorado, it is respectfully requested that the Court allow the Defendant to attend the hearing via telephone conference.

8.     If remote participation is not granted, the Defendant requests a continuance until 02/12/2025 to allow time for Defendant's host to return to resolve transportation issues and attend the hearing in person.

9.     The Defendant also requests information on the availability of court-appointed transportation and, if available, seeks assistance to attend in person due to financial hardship.

WHEREFORE, for the reasons stated above, the Defendant respectfully requests that this Honorable Court grant the motion and allow the Defendant to appear remotely for the hearing on 02/06/2025 at 2:30 pm via telephone or video conference, and for any other relief the Court deems just and proper.

Respectfully Submitted,

**Rico Garcia**
Defendant, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on 02/02/2025, a copy of the foregoing Motion was served via electronic via email submission to COD_ProSe_Filing@cod.uscourts.gov for filing with the Court.

Rebecca S. Weber
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600,
Denver, Colorado 80202

Tele: (303) 454-0100

Fax: (303) 454-0409

E-mail: Rebecca.Weber@usdoj.gov

Attorney for the United States


Rico Garcia

Defendant

Filing Pro Se

desert.sage936@silomails.com